**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **ERIK COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-315** |
| | ) | **Judge Crytzer** |
| **JAMES BRUCE DUNN, et al.** | ) | **Magistrate Judge McCook** |
| | ) | |
| **Defendants.** | ) | |

# NOTICE OF WITHDRAWAL

Mary Elizabeth McCullohs, Senior Assistant Attorney General, respectfully submits this Notice of Withdrawal. Good cause exists for this notice, as the undersigned is retiring from the Office of the Tennessee Attorney General on March 2, 2026. Senior Assistant Attorney General Meghan Murphy will continue to represent Defendants Dunn and Newcomb. Neither Plaintiff nor Defendants will be prejudiced by this withdrawal.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Mary Elizabeth McCullohs*
MARY ELIZABETH MCCULLOHS BPR# 026467
Senior Assistant Attorney General
Law Enforcement & Special Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-8126
Mary.McCullohs@ag.tn.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by U.S. Mail, postage prepaid, on this the February 24, 2026, upon the following:

Erik Cooper
P.O. Box 1413
Gatlinburg, TN 37738
*Pro se Plaintiff*

Additionally, I hereby certify that on February 24, 2026, a true and correct copy of the foregoing was served via CM/ECF upon the following:

Jeffrey M. Ward
Milligan & Coleman
P.O. Box 1060
230 West Depot Street
Greenville, TN 37744-1060
jward@milligancoleman.com
*Attorney for James Medlin,*
*Michael Hodges, Jr., Brad Wilds*
*And Sevier County*

/s/ Mary Elizabeth McCullohs